DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BRETT STETTNER,**
Appellant/Cross-Appellee,

v.

**JEANNINE LARA MAGUIRE-RESS,**
Appellee/Cross-Appellant.

Nos. 4D2025-0064 and 4D2025-0840

[December 18, 2025]

Consolidated appeal and cross-appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; James W. Sherman, Judge; L.T. Case No. 502017CA005038.

Brett S. Stettner, West Hollywood, California, pro se.

Eric A. Simon, Boca Raton, for appellee/cross-appellant.

PER CURIAM.

*Affirmed.*

GROSS, FORST and SHEPHERD, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***